UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Andre W. Wong<br>*On Behalf of T-Mobile USA, Inc. 401(k)*<br>*Retirement Savings Plan and Trust and*<br>*On Behalf of All Other Similarly Situated*<br>*Employee Benefit Plans*, et al<br>            Plaintiff,<br><br>v.<br><br>FMR LLC, et al<br><br>            Defendant. | Civil Action No.<br>1:19-10335- LTS |
| Jason Bailis<br>*On Behalf of the PUBLICIS BENEFITS*<br>*CONNECTION 401(K) PLAN and On*<br>*Behalf of All Other Similarly Situated*<br> Employee Benefit Plans<br>            Plaintiff,<br>v.<br><br>FMR LLC, et al<br><br>            Defendant. | Civil Action No.<br><br>1:19-10654- LTS |
| Gina Summers<br>*on behalf of Rock Holdings & Associated*<br>*Companies 401(k) Savings Plan and on*<br>*behalf of a class of similarly situated*<br>*employee savings plan*<br>            Plaintiff,<br>v.<br><br>FMR LLC<br>            Defendant. | Civil Action No.<br>1:19-10501- LTS |

# ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J.

      In accordance with the [42] Joint stipulation of dismissal of the parties is hereby ORDERED that this action is hereby dismissed without prejudice, with each party to bear his or its own costs and attorneys' fees.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel